# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>Sidi LI<br><br>    Defendant. | Case No.: '21 MJ4247<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding<br>Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about October 24, 2021, within the Southern District of California, defendant Sidi Li, did intentionally and forcibly assault a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, Customs and Border Protection Officer Giovanni Hernandez, in that defendant bit the Officer while he was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                _____
                Special Agent Thomas Strode
                Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, THIS 25th DAY OF October 2021.

                _____
                HON. Michael S. Berg
                U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On October 24, 2021, at approximately 6:35 PM, United States Customs and Border Protection Officer Giovanni Hernandez, who was conducting Pre-Primary inspections at vehicle lane 3 at the San Ysidro, CA Port of Entry, became aware of a subject, later identified as Sidi LI, who ran from the pedestrian crossing lanes and attempted to enter the United States on foot through vehicle primary lane 2. CBPO Hernandez chased LI on foot and directed him to the ground in front of vehicle primary booth 2. While on the ground, CBPO Hernandez attempted to gain control of LI's hands in order to place him in handcuffs; however, LI fought to keep his hands in front of his body. While CBPO continued to try to control the hands of LI, Li bit Hernandez on his left pinky finger. At this time, Hernandez alerted responding CBPO's that the subject was biting him. After observing this struggle and hearing Hernandez stating he was being bitten, CBPO Chayanne Rodriguez delivered approximately 2 to 3 knee strikes to the thigh area of Li. After doing so, Rodriguez was able to place LI into handcuffs at which time all resistance ceased. Rodriguez subsequently called for LI to be escorted to the security office.